```
JASMINE DSHANNON MCLEOD      JEFFERSON CAPITAL SYST        PRIORITY ONE
65 PINE ST                   P.O. BOX 7999                 6276 HWY 98
SUMRALL, MS 39482            SAINT CLOUD, MN 56302-7999    HATTIESBURG, MS 39402


THOMAS C. ROLLINS, JR.       KEESLER FEDERAL CREDIT        SPRINGLF FIN
THE ROLLINS LAW FIRM, PLLC   P.O. BOX 7001                 PO BOX 1010
P.O. BOX 13767               BILOXI, MS 39534              EVANSVILLE, IN 47706
JACKSON, MS 39236


ACIMA                        LVNV FUNDING LLC              WHEELS FINANCIAL
9815 S MONROE ST             RESURGENT CAPITAL             ATTN: BANKRUPTCY
SANDY, UT 84070              P.O. BOX 10587                P.O. BOX 8075
                             GREENVILLE, SC 29603-0587     VAN NUYS, CA 91409


CASHNET USA                  MOHELA                        WILLIE MCLEOD
175 W JACKSON                ATTN: BANKRUPTCY              98 EBENEZER CHURCH RD
STE 1000                     633 SPIRIT DRIVE              BASSFIELD, MS 39421
CHICAGO, IL 60604            CHESTERFIELD, MO 63005


CREDIT ACCEPTANCE            NAVY FEDERAL CU
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
25505 WEST 12 MILE RD        PO BOX 3000
STE 3000                     MERRIFIELD, VA 22199
SOUTHFIELD, MI 48034


CREDIT ONE BANK              ONEMAIN
ATTN: BANKRUPTCY DEPT        P.O. BOX 3251
6801 CIMARRON RD             EVANSVILLE, IN 47731
LAS VEGAS, NV 89113



FIRST NATAIONAL BANK         PBR RENTALS, LLC
ATTN: BANKRUPTCY             P.O. BOX 5117
PO BOX 5097                  SOUTH FULTON, TN 38257
SIOUX FALLS, SD 57117



GENESIS FS CARD SERV         PORTFOLIO RECOVERY
ATTN: BANKRUPTCY             PO BOX 41067
PO BOX 4477                  NORFOLK, VA 23541
BEAVERTON, OR 97076



INDIGO                       PRENTISS FINANCIAL
P.O. BOX 4477                775 COLUMBIA AVE
BEAVERTON, OR 97076          PRENTISS, MS 39474
```