# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Jasmine Dshannon Mcleod, Debtor          Case No. 26-50117-KMS
                                                                                  CHAPTER 13

## MOTION TO EXTEND AUTOMATIC STAY

COMES NOW Debtor by and through their undersigned attorney, pursuant to 11 U.S.C. §362(c)(3)(B), and respectfully move this court to continue the automatic stay provided under 11 U.S.C. §362(a) as to all creditors, and in support thereof would show:

1. That this Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2. That on 01/26/2026, Debtor filed the petition for relief under Chapter 13 in the instant cause.

3. That on or about 3/7/2025 Debtor filed a Chapter 13 proceeding, case number 25-50321 and said case dismissed on 12/5/2025.

4. That debtor filed the instant case in good faith and only after a substantial change in the financial and personal affairs of the Debtor.

5. That this motion is not made for the purposes of delay, but in good faith.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d). Debtors further requests any additional relief, general or specific, to which they may be entitled.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

       I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Extend Automatic Stay and Declaration were forwarded on January 27, 2026, to:

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

                                   /s/ Thomas C. Rollins, Jr.
                                   Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>JASMINE DSHANNON MCLEOD | CASE NO: 26-50117<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 13 |

On 1/27/2026, I did cause a copy of the following documents, described below,

Motion to Extend Automatic Stay

Declaration

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/27/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JASMINE DSHANNON MCLEOD

CASE NO: 26-50117

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 1/27/2026, a copy of the following documents, described below,

Motion to Extend Automatic Stay

Declaration

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/27/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 26-50117<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE JAN 27 8-56-26 PST 2026 | US BANKRUPTCY COURT<br>DAN M RUSSELL  JR US COURTHOUSE<br>2012 15TH STREET  SUITE 244<br>GULFPORT  MS 39501-2036 | ACIMA<br>9815 S MONROE ST<br>SANDY  UT 84070-4296 |
| CASHNET USA<br>175 W JACKSON<br>STE 1000<br>CHICAGO  IL 60604-2863 | CREDIT ACCEPTANCE<br>ATTN BANKRUPTCY<br>25505 WEST 12 MILE RD<br>STE 3000<br>SOUTHFIELD  MI 48034-8331 | CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPT<br>6801 CIMARRON RD<br>LAS VEGAS  NV 89113-2273 |
| FIRST NATAIONAL BANK<br>ATTN BANKRUPTCY<br>PO BOX 5097<br>SIOUX FALLS  SD 57117-5097 | GENESIS FS CARD SERV<br>ATTN BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON  OR 97076-4401 | INDIGO<br>PO BOX 4477<br>BEAVERTON  OR 97076-4401 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KEESLER FEDERAL CREDIT<br>PO BOX 7001<br>BILOXI  MS 39534-7001 | LVNV FUNDING LLC<br>RESURGENT CAPITAL<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | NAVY FEDERAL CU<br>ATTN BANKRUPTCY<br>PO BOX 3000<br>MERRIFIELD  VA 22116-3000 | ONEMAIN<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 |
| PBR RENTALS  LLC<br>PO BOX 5117<br>SOUTH FULTON  TN 38257-0117 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PRENTISS FINANCIAL<br>775 COLUMBIA AVE<br>PRENTISS  MS 39474-5103 |
| PRIORITY ONE<br>6276 HWY 98<br>HATTIESBURG  MS 39402 | SPRINGLF FIN<br>PO BOX 1010<br>EVANSVILLE  IN 47706-1010 | EXCLUDE<br>UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON  MS 39201-5022 |
| WHEELS FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 8075<br>VAN NUYS  CA 91409-8075 | WILLIE MCLEOD<br>98 EBENEZER CHURCH RD<br>BASSFIELD  MS 39421-9588 | EXCLUDE<br>(P)DAVID RAWLINGS<br>ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE<br>PO BOX 566<br>HATTIESBURG MS 39403-0566 |
| DEBTOR<br>JASMINE DSHANNON MCLEOD<br>65 PINE ST<br>SUMRALL  MS 39482-4263 | EXCLUDE<br>THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM  PLLC<br>PO BOX 13767<br>JACKSON  MS 39236-3767 | |