IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jasmine Dshannon Mcleod, Debtor            Case No. 26-50117-KMS
                                                    CHAPTER 13

**DECLARATION IN SUPPORT OF MOTION TO EXTEND THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

The debtor, in support of the Motion to Extend the Automatic Stay, states as follows:

1. I have personal knowledge of the facts listed in the foregoing situation.

2. I am over the age of 18, of sound mind, am capable of making this Declaration, and am fully competent to testify to the natters stated herein.

3. I filed this bankruptcy petition on 1/26/2026.

4. I previously filed bankruptcy case number 25-50321 under Chapter 13 on 3/7/2025 and that case was dismissed on 12/5/2025.

5. I have had no other pending bankruptcy cases in the preceding one-year period.

6. I have not had any prior cases dismissed in the past year for any of the following reasons:

   - Failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.

7. I have had a substantial change in my financial or personal affairs since the dismissal of the last case, and I believe that this case will result in a confirmed plan that will be fully performed.

8. Those changes are as follows:  My last case my bankruptcy case my payment increased to an amount I could not afford.  My income is sufficient to pay the plan payment in this bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: 1/26/2026                    /s/ Jasmine Dshannon Mcleod
                                          Jasmine Dshannon Mcleod