United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-50117-KMS
Jasmine Dshannon Mcleod Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Jan 27, 2026     Form ID: hn006kms     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jasmine Dshannon Mcleod, 65 Pine St, Sumrall, MS 39482-4263 |
| 5615975 | + | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5615988 | + | PBR Rentals, LLC, P.O. Box 5117, South Fulton, TN 38257-0117 |
| 5615990 | + | Prentiss Financial, 775 Columbia Ave, Prentiss, MS 39474-5103 |
| 5615991 | | Priority One, 6276 Hwy 98, Hattiesburg, MS 39402 |
| 5615994 | + | Willie McLeod, 98 Ebenezer Church Rd, Bassfield, MS 39421-9588 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5615976 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jan 27 2026 19:34:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5615977 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 27 2026 19:34:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5615978 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 27 2026 19:35:07 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5615979 | + | Email/Text: BNSFN@capitalsvcs.com | Jan 27 2026 19:34:00 | First Nataional Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 5615980 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 27 2026 19:34:00 | Genesis FS Card Serv, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5615981 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 27 2026 19:34:00 | Indigo, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 5615982 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 27 2026 19:34:00 | Jefferson Capital Syst, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 5615983 | + | Email/Text: melissa.martin@kfcu.org | Jan 27 2026 19:34:00 | Keesler Federal Credit, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 5615984 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2026 19:35:01 | LVNV Funding LLC, Resurgent Capital, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5615985 | | Email/Text: EBN@Mohela.com | Jan 27 2026 19:34:00 | Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5615986 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 27 2026 19:34:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22116-3000 |
| 5615987 | + | Email/PDF: cbp@omf.com | Jan 27 2026 19:35:14 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 |
| 5615989 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2026 19:35:01 | Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 5615992 | + | Email/PDF: cbp@omf.com | Jan 27 2026 19:35:01 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5615993 | + | Email/Text: bankruptcy@800loanmart.com | | |

District/off: 0538-6     User: mssbad     Page 2 of 2
Date Rcvd: Jan 27, 2026     Form ID: hn006kms     Total Noticed: 21

| | Jan 27 2026 19:34:00 | Wheels Financial, Attn: Bankruptcy, P.O. Box 8075, Van Nuys, CA 91409-8075 |
|---|---|---|

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jasmine Dshannon Mcleod trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form hn006kms (Rev. 10/18)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    Jasmine Dshannon Mcleod

           **DEBTOR.**

CASE NO. 26−50117−KMS

CHAPTER 13

**NOTICE OF HEARING AND DEADLINES**

    The Debtor has filed a Motion to Extend Automatic Stay (the "Motion") (Dkt. #7) with the Court in the above−styled case.

    **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold a hearing on February 26, 2026, at 10:30 AM in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi, to consider and act upon the Motion.

    If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before February 17, 2026 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS, 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, and the debtor has filed a declaration in support of the motion, in accordance with Miss. Bankr. L.R. 4001−1(e)(1)(B) or 4001−1(f)(1)(A), the Court may grant the Motion without conducting a hearing.

Dated: 1/27/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

Parties Noticed:

ALL CREDITORS AND PARTIES LISTED ON THE COURT'S MAILING MATRIX