Certificate Number: 17082-MSS-DE-040624053

Bankruptcy Case Number: 26-50117



17082-MSS-DE-040624053

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 16, 2026, at 8:38 o'clock AM MST, JASMINE D MCLEOD completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  February 16, 2026            By:   /s/Orsolya K Lazar

                                    Name: Orsolya K Lazar

                                    Title: Executive Director