United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 26-50117-KMS
Jasmine Dshannon Mcleod  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Feb 19, 2026      Form ID: pdf012      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jasmine Dshannon Mcleod, 65 Pine St, Sumrall, MS 39482-4263 |
| 5615975 | + | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5615988 | + | PBR Rentals, LLC, P.O. Box 5117, South Fulton, TN 38257-0117 |
| 5615990 | + | Prentiss Financial, 775 Columbia Ave, Prentiss, MS 39474-5103 |
| 5622881 | + | Prentiss Financial Services Inc, Prentiss Financial Services, PO Box 1799, Prentiss MS 39474-1799 |
| 5615991 | | Priority One, 6276 Hwy 98, Hattiesburg, MS 39402 |
| 5615994 | + | Willie McLeod, 98 Ebenezer Church Rd, Bassfield, MS 39421-9588 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5623038 | + | Email/Text: bankruptcy@800loanmart.com | Feb 19 2026 19:59:00 | Capital Community Bank c/o Wheels Financial Group, 15400 Sherman Way Ste 300, Van Nuys,CA 91406-4272 |
| 5615976 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Feb 19 2026 19:58:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5615977 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 19 2026 19:58:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5615978 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 19 2026 20:03:30 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5615979 | + | Email/Text: BNSFN@capitalsvcs.com | Feb 19 2026 19:58:00 | First Nataional Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 5615980 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 19 2026 19:59:00 | Genesis FS Card Serv, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5615981 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 19 2026 19:59:00 | Indigo, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 5615982 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2026 19:59:00 | Jefferson Capital Syst, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 5624634 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2026 19:59:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5615983 | + | Email/Text: melissa.martin@kfcu.org | Feb 19 2026 19:58:00 | Keesler Federal Credit, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 5615984 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 20:03:30 | LVNV Funding LLC, Resurgent Capital, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5617361 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 20:03:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5615985 | | Email/Text: EBN@Mohela.com | Feb 19 2026 19:58:00 | Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5615986 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 19 2026 19:59:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3000, |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: pdf012 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | Merrifield, VA 22116-3000 |
| 5624275 | | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 19 2026 19:59:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5615987 | + | Email/PDF: cbp@omf.com | Feb 19 2026 20:03:29 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 |
| 5615989 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2026 20:03:33 | Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 5624338 | | Email/Text: bnc-quantum@quantum3group.com | Feb 19 2026 19:58:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5615992 | + | Email/PDF: cbp@omf.com | Feb 19 2026 20:03:33 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5615993 | + | Email/Text: bankruptcy@800loanmart.com | Feb 19 2026 19:59:00 | Wheels Financial, Attn: Bankruptcy, P.O. Box 8075, Van Nuys, CA 91409-8075 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Feb 21, 2026 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jasmine Dshannon Mcleod trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

_____



      **SO ORDERED,**

*Judge Katharine M. Samson*
**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 19, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Jasmine Dshannon Mcleod, Debtor        Case No. 26-50117-KMS
                                                                                 **CHAPTER 13**

## ORDER ON MOTION TO EXTEND AUTOMATIC STAY

      ON THIS DATE the Court considered the Motion for Extension of Automatic Stay (the "Motion") and Declaration in support thereof (Dkt. # 7 ) filed by the Debtor(s) and its "Standing Order Regarding Motion to Extend or Impose the Automatic Stay" (the "Automatic Stay Standing Order") and the Notice of Hearing and Deadlines (the "Hearing Notice") (Dkt. # 8 ) The Hearing Notice included an objection deadline, and provided that, if no objection to the Motion was timely filed by the stated deadline, then the Motion could be granted as unopposed. No objection to the extension of the automatic stay was timely filed by any party. Accordingly, the Court finds that just cause exists for the entry of the following order. It is therefore,

      **ORDERED** and **ADJUDGED** that the Motion filed by the Debtor(s) is hereby GRANTED and the automatic stay is hereby **EXTENDED AS TO ALL CREDITORS** pursuant to 11 U.S.C. § 362(c)(3)(B).

                                                               #END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR