# United States Bankruptcy Court
## Southern District of Mississippi

In re: **Jasmine Dshannon Mcleod**  
Debtor(s)

Case No. **26-50117**  
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **February 25, 2026**

**/s/ Jasmine Dshannon Mcleod**  
**Jasmine Dshannon Mcleod**  
Signature of Debtor

```
JASMINE DSHANNON MCLEOD      INDIGO                        PRENTISS FINANCIAL
65 PINE ST                   P.O. BOX 4477                 775 COLUMBIA AVE
SUMRALL, MS 39482            BEAVERTON, OR 97076           PRENTISS, MS 39474

THOMAS C. ROLLINS, JR.       JEFFERSON CAPITAL SYST        PRIORITY ONE
THE ROLLINS LAW FIRM, PLLC   P.O. BOX 7999                 6276 HWY 98
P.O. BOX 13767               SAINT CLOUD, MN 56302-7999    HATTIESBURG, MS 39402
JACKSON, MS 39236

ACIMA                        KEESLER FEDERAL CREDIT        SOUTHERN BONE & JOI***
9815 S MONROE ST             P.O. BOX 7001                 3688 VETERANS MEMORIAL
SANDY, UT 84070              BILOXI, MS 39534              STE 200
                                                           HATTIESBURG, MS 39401

CASHNET USA                  LVNV FUNDING LLC              SPRINGLF FIN
175 W JACKSON                RESURGENT CAPITAL             PO BOX 1010
STE 1000                     P.O. BOX 10587                EVANSVILLE, IN 47706
CHICAGO, IL 60604            GREENVILLE, SC 29603-0587

CREDIT ACCEPTANCE            MOHELA                        WHEELS FINANCIAL
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
25505 WEST 12 MILE RD        633 SPIRIT DRIVE              P.O. BOX 8075
STE 3000                     CHESTERFIELD, MO 63005        VAN NUYS, CA 91409
SOUTHFIELD, MI 48034

CREDIT ONE BANK              NAVY FEDERAL CU               WILLIE MCLEOD
ATTN: BANKRUPTCY DEPT        ATTN: BANKRUPTCY              98 EBENEZER CHURCH RD
6801 CIMARRON RD             PO BOX 3000                   BASSFIELD, MS 39421
LAS VEGAS, NV 89113          MERRIFIELD, VA 22199

FIRST NATAIONAL BANK         ONEMAIN
ATTN: BANKRUPTCY             P.O. BOX 3251
PO BOX 5097                  EVANSVILLE, IN 47731
SIOUX FALLS, SD 57117

GENESIS FS CARD SERV         PBR RENTALS, LLC
ATTN: BANKRUPTCY             P.O. BOX 5117
PO BOX 4477                  SOUTH FULTON, TN 38257
BEAVERTON, OR 97076

HATTIESBURG CLINIC***        PORTFOLIO RECOVERY
P.O. BOX 3488                PO BOX 41067
TUPELO, MS 38803-3488        NORFOLK, VA 23541
```