# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50117          **Case Name:**   Jasmine Dshannon Mcleod

**Set:**   04/07/2026 01:30 pm   **Chapter:**  13   **Type:**  bk      **Judge**   Katharine M. Samson

**matter**   Confirmation Hearing

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)