United States Bankruptcy Court

Southern District of Mississippi

In re: | Case No. 26-50117-KMS

Jasmine Dshannon Mcleod | Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 27, 2026 | Form ID: n031 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jasmine Dshannon Mcleod, 65 Pine St, Sumrall, MS 39482-4263 |
| 5615975 | + | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5615988 | + | PBR Rentals, LLC, P.O. Box 5117, South Fulton, TN 38257-0117 |
| 5615990 | + | Prentiss Financial, 775 Columbia Ave, Prentiss, MS 39474-5103 |
| 5622881 | + | Prentiss Financial Services Inc, Prentiss Financial Services, PO Box 1799, Prentiss MS 39474-1799 |
| 5615991 | | Priority One, 6276 Hwy 98, Hattiesburg, MS 39402 |
| 5630441 | + | Southern Bone & Joint, 3688 Veterans Memorial, Ste 200, Hattiesburg, MS 39401-8246 |
| 5615994 | + | Willie McLeod, 98 Ebenezer Church Rd, Bassfield, MS 39421-9588 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5623038 | + | Email/Text: bankruptcy@800loanmart.com | Mar 27 2026 19:56:00 | Capital Community Bank c/o Wheels Financial Group, 15400 Sherman Way Ste 300, Van Nuys,CA 91406-4272 |
| 5615976 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Mar 27 2026 19:56:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5615977 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 27 2026 19:56:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5615978 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 27 2026 20:11:15 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5615979 | + | Email/Text: BNSFN@capitalsvcs.com | Mar 27 2026 19:56:00 | First Nataional Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 5615980 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 27 2026 19:56:00 | Genesis FS Card Serv, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5630440 | | Email/Text: kristie.pope@hattiesburgclinic.com | Mar 27 2026 19:56:00 | Hattiesburg Clinic, P.O. Box 3488, Tupelo, MS 38803-3488 |
| 5615981 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 27 2026 19:56:00 | Indigo, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 5615982 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2026 19:56:00 | Jefferson Capital Syst, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 5624634 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2026 19:56:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5615983 | + | Email/Text: melissa.martin@kfcu.org | Mar 27 2026 19:56:00 | Keesler Federal Credit, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 5615984 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 20:11:15 | LVNV Funding LLC, Resurgent Capital, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5617361 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 20:11:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 27, 2026 | Form ID: n031 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 5615985 | | Email/Text: EBN@Mohela.com | Mar 27 2026 19:56:00 | Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5615986 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 27 2026 19:56:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22116-3000 |
| 5624275 | | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 27 2026 19:56:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5615987 | + | Email/PDF: cbp@omf.com | Mar 27 2026 20:00:54 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 |
| 5627534 | | Email/PDF: cbp@omf.com | Mar 27 2026 20:01:06 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5630722 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2026 20:11:17 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5615989 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2026 20:11:17 | Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 5624338 | | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2026 19:56:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5615992 | + | Email/PDF: cbp@omf.com | Mar 27 2026 20:01:06 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5615993 | + | Email/Text: bankruptcy@800loanmart.com | Mar 27 2026 19:56:00 | Wheels Financial, Attn: Bankruptcy, P.O. Box 8075, Van Nuys, CA 91409-8075 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jasmine Dshannon Mcleod trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |

District/off: 0538-6                          User: mssbad                              Page 3 of 3
Date Rcvd: Mar 27, 2026                       Form ID: n031                            Total Noticed: 31

                    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−50117−KMS
**Chapter:** 13

**In re:**

Jasmine Dshannon Mcleod
65 Pine St
Sumrall, MS 39482

Notice of Entry of Order Confirming Plan

The Court entered an Order on March 27, 2026 (Dkt. # 25 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: March 27, 2026

Danny L. Miller, Clerk of Court